UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

PETER STOKES

No. 25 CR 812

Magistrate Judge BETH W. JANTZ

**MOTION FOR ENTRY OF AGREED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, moves for the entry of an agreed protective order, and in support thereof states as follows:

1.     The complaint in this case charges defendant with conspiracy, in violation of Title 18, United States Code, Section 371 (Count 1); unauthorized access of a protected computer for financial gain over $5,000, in violation of Title 18, United States Code, Sections 1030(a)(2)(C)&(c)(2)(B) and 2 (Count 2); causing unauthorized damage to a protected computer, in violation of Title 18, United States Code, Sections 1030(a)(5)(A)&(c)(4)(A) and 2 (Count 3); extortionate threat to access confidential information on a protected computer, in violation of Title 18, United States Code, Sections 1030(a)(7)&(c)(3)(A) and 2 (Count 4); wire fraud conspiracy in violation of Title 18, United States Code, Section 1349 (Count 5); and wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count 6).

2.      The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3.      The government has discussed the proposed protective order with counsel for defendant, who agrees to the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:     /s/ *Jennifer Chang*
        JENNIFER CHANG
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 469-6151

Dated: August 5, 2026

2